AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C
#336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
MARY ELIZABETH WADE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARY ELIZABETH WADE

     Plaintiff,

     v.

CASA AZUL CANTINA LLC dba
FRIDA MEXICAN CUISINE,

     Defendant.

Case No. 2:25-cv-2928-AGR
Civil Rights

**STIPULATION DISMISSING CASE
WITH PREJUDICE**

Action Filed: April 4, 2025

## **STIPULATION**

Plaintiff MARY ELIZABETH WADE ("Plaintiff") and Defendant CASA AZUL CANTINA LLC dba FRIDA MEXICAN CUISINE, ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

//

//

//

//

STIPULATION FOR DISMISSAL
Case No. 2:25-cv-2928-AGR

**IT IS SO STIPULATED.**

Dated:  August 18, 2025                    CLEFTON DISABILITY LAW


                                         _____*/s/ Aaron M. Clefton*_
                                         AARON M. CLEFTON, ESQ.
                                         Attorneys for Plaintiff
                                          MARY ELIZABETH WADE


Dated: August 18, 2025                    ARMINAK LAW, APC


                                         _____*/s/ Tamar G. Arminak*
                                         TAMAR G. ARMINAK, Esq.
                                         Attorneys for Defendant
                                         CASA AZUL CANTINA LLC dba
                                         FRIDA MEXICAN CUISINE


## **FILER'S ATTESTATION**

        Pursuant to Local Rules, I hereby attest that on August 18, 2025, I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of Tamar G. Arminak, Esq. in the filing of this document.

                                         */s/ Aaron Clefton*

- 2 -

STIPULATION FOR DISMISSAL
Case No. 2:25-cv-2928-AGR