JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARY ELIZABETH WADE

    Plaintiff,

    v.

CASA AZUL CANTINA LLC dba
FRIDA MEXICAN CUISINE,

    Defendant.

Case No. 2:25-cv-2928-AGR
Civil Rights

**ORDER DISMISSING CASE WITH PREJUDICE**

Action Filed: April 4, 2025

**ORDER**

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED.  This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 18, 2025

_____
Honorable Alicia G. Rosenberg
U.S. Magistrate Judge

ORDER FOR DISMISSAL
Case No. 2:25-cv-2928-AGR